# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS WADE ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. EDCV 18-2673 DMG (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint in the above-captioned matter, Defendant's Motion for Summary Judgment ("MSJ"), Plaintiff's Opposition, the pertinent records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Defendant's Motion for Summary Judgment is GRANTED and that Judgment shall be entered in favor of the County of San Bernardino. The Clerk

1 of the Court shall serve copies of this Order and the Judgment herein on counsel for
2 Plaintiff and counsel for Defendant.

4       IT IS SO ORDERED.

6 DATED: January 4, 2021

                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE